# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons) 05-00003

I state that on 21 DEC, 2004 while exercising my duties as a law enforcement officer in the District of GUAM

I SFC Panning Michael responded a suspected shoplifting at Anderson Air Force Base Exchange and viewed the electronic surveillance system videotape and confirmed a shoplifting did occur at 1505 hrs. Flickinger Christopher D walked outside with a pair of Nike sunglasses valued at $32.22 without rendering payment.

The foregoing statement is based upon
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 21 DEC 2004
Date                    Officer Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date                    U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1998

JOSEPH TOCK, Special Assistant U.S. Attorney

Dated: 08 March 2005

---

FILED
DISTRICT COURT OF GUAM
MAR - 8 2005
MARY L.M. MORAN
CLERK OF COURT

---

**United States District Court**
**Violation Notice**

Loc Code: GUZ0
Violation No: R 0160327
Print Officer Name: Panning Michael L
Officer No: 2751

YOU ARE CHARGED WITH THIS FOLLOWING VIOLATION
Date and Time of Offense: 12/21/04 1505
Offense Charged: GCA Title 9 S.S. 43.80
Place of Offense: Bldg 22024 / Anderson Main Exchange
Offense Description: Retail Theft

Defendant's Last Name: Flickinger
First Name: Christopher
MI: D
Street Address: 145B Tunnundelosti
City: Yigo
State: GU
Zip Code: 96929
Date of Birth: 1986 Sep 14
D L State: GU
Driver's License No: 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
Social Security No: 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

VEHICLE DESCRIPTION

A ☒ YOU MUST APPEAR IN COURT   SEE INSTRUCTIONS
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS   SEE INSTRUCTIONS
☐ I wish to terminate this matter by paying the collateral shown below, enclosed
☐ I plead not guilty and promise to appear as required

YOUR COURT DATE
Court Address
Collateral (fine)

DD FORM 1805, SEP 1998                    Original - CVB Copy