

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>**CHRISTOPHER D. FLICKINGER,**<br><br>        Defendant. | CVB CITATION NO. R0160327<br>MAGISTRATE CASE CR-05-00003<br><br>O R D E R |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to March 8, 2005.

Dated this 11th day of March, 2005.



JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge
**DISTRICT COURT OF GUAM**